**O, JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA GUARDADO,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA TRANSPORTATION SECURITY ADMINISTRATION (TSA), A DIVISION OF HOMELAND SECURITY, CITY AND COUNTY OF DENVER, DBA DENVER INTERNATIONAL AIRPORT, et al.,<br><br>        Defendants. | Case No.: 2:22-cv-05515-MEMF (SKx)<br><br>**ORDER GRANTING JOINT STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO [ECF NO. 15]** |

/ / /

/ / /

1

1  The Court is in receipt of the parties' Joint Stipulation to Transfer this case to the United
2  States District Court for the District of Colorado pursuant to 28 U.S.C. § 1404 (a). ECF No.15.
3  The Court, having considered the Stipulation and finding good cause therefor, hereby
4  GRANTS the request and ORDERS this action be transferred to the United States District Court for
5  the District of Colorado. The Scheduling Conference set for February 23, 2023, is hereby
6  VACATED.

8  IT IS SO ORDERED.

10  Dated: December 20, 2022

   MAAME EWUSI-MENSAH FRIMPONG
   United States District Judge